UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-6079-CAS(JWJx) | Date | May 1, 2009 |
|---|---|---|---|
| Title | *SELMAN PRODUCTIONS v. ERIC GITTER; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **May 15, 2009** why this action should not be dismissed for lack of prosecution **as to defendants ERIC GITTER; DREW ROSEN; MARSHALL GITTER; and LISA GITTER, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)   A proof of service of summons and complaint on **defendant MARSHALL GITTER**

1)   An answer by **defendants ERIC GITTER; DREW ROSEN; and LISA GITTER,** or plaintiff's request for re-entry of default on these defendants

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |